AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      2:24-cv-4395-KBH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Victory Home Remodeling LLC

was received by me on *(date)*    8/22/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Name Refused - See Photo    , who is

designated by law to accept service of process on behalf of *(name of organization)* Victory Home Remodeling LLC

on *(date)*    8/23/2024    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    8/27/2024

_____
*Server's signature*

Andrew Roman Perrong, Esq.
_____
*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038
_____
*Server's address*

Additional information regarding attempted service, etc:

Arrived at the office and asked for the person currently in charge thereof, per PA RCP 402(a)(2)(iii) and FRCP 4(e)(1) and 4(h)(1)(A). Spoke to an African American male, who referred me to the pictured individual. When I asked that individual who was in charge of the office, he stated that he was the training manager, "so I guess that would be me." He refused to identify himself after I provided him the summons and complaint.

