IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VICTORY HOME REMODELING LLC,<br><br>Defendant. | Civil Action No. 24-4395<br><br>Judge Kelley B. Hodge |

**STIPULATION FOR EXTENSION OF TIME**

As provided for in Local Civil Rule 7.4(b), plaintiff, James E. Shelton, and defendant, Victory Home Remodeling LLC, through their respective undersigned counsel, hereby stipulate to an extension of time – to and including October 4, 2024 – for Defendant to answer, plead or otherwise move in response to Plaintiff's complaint, *provided however* that Defendant shall not file a motion to dismiss based upon improper service of the summons and complaint. No prior extensions have been granted by the Court in these proceedings.

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Andrew Roman Perrong*<br>Andrew Roman Perrong, Esquire<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>(215) 225-5529<br>a@perronglaw.com<br><br>Anthony Paronich, Esquire<br>(*Pro Hac Vice* forthcoming)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* | Respectfully submitted,<br><br>*/s/ David H. Colvin*<br>David H. Colvin, Esquire<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>(215) 299-2139<br>dcolvin@foxrothschild.com<br><br>*Attorneys for Defendant*<br>*Victory Home Remodeling LLC*<br><br><br>BY THE COURT:<br><br>_____<br>HON. KELLEY B. HODGE, U.S.D.J. |