IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELTON | : | CIVIL ACTION |
| v. | : | |
| VICTORY HOME REMODELING LLC. | : | NO.: 24-cv-4395 |

**O R D E R**

**AND NOW**, this **4th** day of **SEPTEMBER 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Kelley Brisbon Hodge to the calendar of the Honorable Joel H. Slomsky.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court