IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY HOME REMODELING LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 24-4395 |

**ORDER**

**AND NOW**, this 5th day of September, 2024, upon consideration of the parties' joint Stipulation for Extension of Time to Respond the Complaint (Doc. No. 5), filed on August 29, 2024 by David H. Colon, Esquire, counsel for Defendant Victory Home Remodeling, LLC, it is **ORDERED** that the stipulation is approved and Defendant shall respond to Plaintiff's Complaint on or before October 4, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.