IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Buyerlink Inc.<br><br>Defendant. | Case No. 24-4395<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT VICTORY HOME REMODELING LLC WITHOUT PREJUDICE

Plaintiff James E. Shelton, by his undersigned counsel, hereby voluntarily dismisses this action as against former Defendant Victory Home Remodeling LLC, ONLY, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this October 3, 2024.

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: October 3, 2024

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.