# AFFIDAVIT OF SERVICE

| Case: 24-4395 | Court: United States District Court for the Eastern District of Pennsylvania | County: | Job: 11966178 |
|---|---|---|---|
| Plaintiff / Petitioner: James E. Shelton | | Defendant / Respondent: Buyerlink, Inc | |
| Received by: Delaware Detective Group, LLC | | For: Paronich Law PC | |
| To be served upon: Buyerlink, Inc c/o Incorporating Services, LTD | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joshua Derhart, Company: 3500 South Dupont Highway, Camden, DE 19901
**Manner of Service:** Registered Agent, Oct 9, 2024, 9:20 am EDT
**Documents:** Summons in a Civil Action, Jury Trial Demanded, Plaintiff's Amended Class Action Complaint, Civil Cover Sheet, Instructions for Attorney's Completing Civil Cover Sheet Form JS 44, Designation Form

**Additional Comments:**
1) Successful Attempt: Oct 9, 2024, 9:20 am EDT at Company: 3500 South Dupont Highway, Camden, DE 19901 received by Joshua Derhart. Age: 40 - 50; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Gray; Relationship: Intake Specialist;

_____   10/10/24
Stephen Kempski        Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Oct 10, 2024      Feb 3, 2026
Date              Commission Expires