## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> BUYERLINK INC., <br><br> *Defendant*. | No. 2:24-CV-04395-JHS <br><br> Hon. Joel H. Slomsky |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of the undersigned counsel on behalf of Defendant Buyerlink Inc. in the above-captioned matter.

Dates; October 29, 2024

                                          **BAKER & HOSTETLER LLP**

                                          /s/ Alyse F. Stach
                                          Alyse F. Stach (PA 328562)
                                          1735 Market St., Suite 3300
                                          Philadelphia, PA 19104-2891
                                          Tel: (215) 568-3100
                                          Fax: (215) 568-3439
                                          Email: astach@bakerlaw.com

                                          *Attorney for Defendant*
                                          *Buyerlink Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify on this day a true and correct copy of the foregoing Notice of Appearance has been forwarded to all counsel of record via the Court's ECF system.

Dated: October 29, 2024

                                            */s/ Alyse F. Stach*
                                            Alyse F. Stach