## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, *individually and on behalf of all others similarly situated*,<br><br>   *Plaintiff*,<br><br> v.<br><br>BUYERLINK INC.,<br><br>   *Defendant*. | No. 2:24-CV-04395-JHS<br><br>Hon. Joel H. Slomsky |

### JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLANTIFF'S AMENDED COMPLAINT

Counsel for Plaintiff and Defendant jointly stipulate and agree to a 21-day extension of time for Defendant to move or plead in response to the Plaintiff's Amended Class Action Complaint, up to and including November 20, 2024.

Respectfully submitted,

| | |
|---|---|
| **PERRONG LAW LLC**<br>By: _/s/ Andrew Roman Perrong_____<br>Andrew Roman Perrong<br>E.D. Pa. Bar #333687<br>2657 Mount Carmel Ave.<br>Glenside, PA 19038<br>Tel: (215) 225-5529<br>Fax: 888-329-0305<br>Email: a@perronglaw.com | **BAKER & HOSTETLER LLP**<br>By: _/s/ Alyse F. Stach_____<br>Alyse F. Stach<br>E.D. Pa. Bar #328562<br>1735 Market St., Suite 3300<br>Philadelphia, PA 19104-2891<br>Tel: (215) 568-3100<br>Fax: (215) 568-3439<br>Email: astach@bakerlaw.com |
| **PARONICH LAW LLC**<br>By: _/s/ Anthony Paronich_____<br>Anthony Paronich<br>(*Pro Hac Vice* Forthcoming)<br>350 Lincoln Street, Ste. 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8199<br>Email: anthony@paronichlaw.com | *Attorney for Defendant<br>Buyerlink Inc.* |

*Attorneys for Plaintiff*
*James E. Shelton*

**IT IS SO ORDERED:**

_____
Hon. Joel H. Slomsky, U.S.D.J