IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VICTORY HOME REMODELING LLC,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 24-4395 |

### ORDER

**AND NOW**, this 29th day of October, 2024, upon consideration of the parties' Joint Stipulation for Extension of Time to Respond to the Amended Complaint (Doc. No. 13), it is **ORDERED** that Defendant shall respond to Plaintiff's Amended Class Action Complaint by November 20, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky_____
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.