# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>Buyerlink Inc.<br><br>                    Defendant. | Case No. 24-4395<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff James E. Shelton, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this December 12, 2024.

                                                                */s/ Andrew Roman Perrong*
                                                                Andrew Roman Perrong, Esq.
                                                                Perrong Law LLC
                                                               2657 Mount Carmel Avenue
                                                               Glenside, Pennsylvania 19038
                                                               Phone: 215-225-5529 (CALL-LAW)
                                                               Facsimile: 888-329-0305
                                                               a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: December 12, 2024

                                                                */s/ Andrew Roman Perrong*
                                                               Andrew Roman Perrong, Esq.